IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.    5:23-CR-54 (DNH) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| MICHAEL PUPELLO, | ) | Violation:    18 U.S.C. § 1957 |
| | ) | Illegal Monetary Transactions |
| | ) | |
| | ) | 1 Count |
| | ) | |
| Defendant. | ) | County of Offense:    Onondaga |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Illegal Monetary Transactions]**

On or about April 8, 2019, in Onondaga County in the Northern District of New York, and elsewhere, the defendant, **MICHAEL PUPELLO**, knowingly engaged in a monetary transaction affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, the withdrawal of $14,000 from JPMorgan Chase Bank, Total Business Checking Account xxxxx7085 at a Chase Bank Branch located in Onondaga County, such property having been derived from specified unlawful activity, that is unlawful distribution of controlled substances, in violation of Title 18, United States Code, Section 1957.

Dated: 3/16/2023

CARLA B. FREEDMAN
United States Attorney

By: _Tamara Thomson_
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310